978

No. 78–1225. Etkes v. Bartell Media Corp. et al. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–1255. Helmsley et al. v. Borough of Fort Lee et al. Appeal from Sup. Ct. N. J. Motions of National Association of Realtors and National Apartment Assn. for leave to file briefs as amici curiae granted. Appeal dismissed for want of substantial federal question. 

No. 78–558. Kretchmar v. Nebraska. Sup. Ct. Neb. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Delaware v. Prouse, ante, p. 648. 

No. A–800 (78–1443). Strouse et al. v. Winter. Sup. Ct. Okla. Application of petitioners for stay, addressed to Mr. Justice Marshall and referred to the Court, denied.

No. A–842 (78–1369). Committee for Public Education and Religious Liberty et al. v. Regan, Comptroller of New York, et al. D. C. S. D. N. Y. Application of petitioners for stay, presented to Mr. Justice Marshall, and by him referred to the Court, denied.

No. 77–1465. Director, Office of Workers' Compensation Programs, U. S. Department of Labor v. Rasmussen et al.; and

No. 77–1491. Geo Control, Inc., et al. v. Rasmussen et al., ante, p. 29. Motion of respondents for award of attorney's fees denied.

No. 78–1102. Ashcroft, Attorney General of Missouri, et al. v. Freiman et al., ante, p. 941. Motion of appellees for award of attorney's fees and costs denied.